UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURU IP LIMITED,

Plaintiff,

-against-

CLICK PRODUCTS LLC, DUOCAI USA INC., and MY SALES LLC,

Defendants.

Case No. 1:26-cv-02282 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Defendant Duocai USA Inc.'s deadline to answer, move, or otherwise respond to the Complaint was June 15, 2026. Defendant Click Products LLC's deadline to answer, move, or otherwise respond to the Complaint was May 15, 2026. Defendant My Sales LLC's deadline to answer, move, or otherwise respond to the Complaint was April 15, 2026. However, Defendants have yet to respond or otherwise appear in this action. Plaintiff has previously indicated that it intends to move for default judgment, Dkt. 24, and requested to file its motion by July 21, 2026. If Plaintiff still intends to move for default judgment, it shall file its motion by **August 18, 2026**. Any response shall be filed by **September 1, 2026**, and the court will hold a default judgment hearing on **October 7, 2026**, at **11:30 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. Failure to move for default judgment could result in dismissal for failure to prosecute.

Plaintiff shall serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this**

**Order**. Within **two business days of service**, Plaintiff must file proof of such service on the docket.

Dated: July 29, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge