**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

ZURU IP LIMITED,

Plaintiff,

-against-

CLICK PRODUCTS LLC, et al.,

Defendants.

-----------------------------------------------------------------X

26 **CIVIL** 2282

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated October 7, 2026, Plaintiff's motion for entry of final default judgment against Defendants Click Products LLC, My Sales LLC, and Duocai USA Inc., ECF No. 39, is GRANTED. It is further ORDERED, ADJUDGED, and DECREED as follows: A. Final default judgment is entered in favor of Plaintiff Zuru IP Limited and against Defendants Click Products LLC, My Sales LLC, and Duocai USA Inc. B. Plaintiff is awarded statutory damages for trademark counterfeiting and infringement in the amount of $40,000.00 against all three Defaulting Defendants, jointly and severally. Plaintiff is awarded statutory damages for copyright infringement in the amount $4,000.00 against all three Defaulting Defendants, jointly and severally. Plaintiff is awarded total statutory damages against the Defaulting Defendants in the aggregate amount of $44,000.00, jointly and severally. The total monetary judgment entered against the Defaulting Defendants is $44,000.00 plus post-judgment interest as provided by law from the date judgment is entered until paid in full; accordingly, the case is closed.

**DATED**: New York, New York
October 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

K. Mango

**BY:** ____________________

**Deputy Clerk**